**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO.,

        Plaintiffs,

v.

PATH MEDICAL, LLC, PATH MEDICAL CENTER HOLDINGS, INC., 1-800-411-PAIN REFERRAL SERVICE, LLC, 1-800-411-I.P. HOLDINGS, LLC, 411 PAIN ADVERTISING GROUP, INC., ROBERT CASH LEWIN, D.C., HARLEY LEWIN, RUSSELL PERMAUL, JOEL EARL MANION, D.C., LANDAU & ASSOCIATES, P.A., THE LAW OFFICES OF KANNER & PINTALUGA, P.A., TODD LANDAU, HOWARD KANNER, ERIC PINTALUGA, MICHAEL H. WILENSKY, M.D., DAVID A. CHEESMAN, D.O., TIE QIAN, M.D., and RALPH G. MARINO, M.D.,

        Defendants.
_____/

**Case No.: 8:17-cv-02848-SCB-TGW**

**PLAINTIFFS' UNOPPOSED MOTION AND SUPPORTING MEMORANDUM FOR AN ENLARGEMENT OF TIME TO DESIGNATE A MEDIATOR**

    Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively, "Plaintiffs" or "GEICO") submit this unopposed motion for an enlargement of time to designate a mediator and request that the parties be permitted to file a stipulation identifying a mediator no later than 45 days prior to the date of the mediation pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 3.01.  GEICO states as follows in support of this motion:

1. On January 31, 2018 the Court issued its Case Management and Scheduling Order (Dkt. 65) (the "Scheduling Order"). The Scheduling Order requires the parties to "file a stipulation selecting a mediator within sixty (60) days of the date of this order." *See* Dkt. 65, ¶ 9.

2. Pursuant to the Scheduling Order, the mediation is to occur no later than July 22, 2019.

3. Plaintiffs' respectfully request an enlargement of time to designate a mediator and request that the parties be permitted to file a stipulation identifying a mediator no later than 45 days prior to the date of the mediation.

4. The requested enlargement is unopposed, and is made in good faith and not for purposes of delay.

## MEMORANDUM

5. Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure the Court may grant an enlargement of time before the expiration of the relevant deadline for "good cause".

6. The parties are conferring on proposed mediators. The parties will continue to coordinate scheduling the mediation of this case to take place on or before the mediation deadline of July 22, 2019. *See* Dkt. 65, ¶ 9.

7. Plaintiffs respectfully submit that the number of parties involved and scheduling matters constitutes good cause for the requested extension as contemplated by Rule 6(b)(1).

## CERTIFICATE OF GOOD FAITH CONFERENCE

The Parties have conferred pursuant to Local Rule 3.01(g). Counsel for Defendants, Todd Landau, Landau & Associates, P.A., Howard Kanner, Eric Pintaluga, The Law Offices of Kanner & Pintaluga, P.A., Michael H. Wilensky, M.D., David A. Cheeseman, D.O., Tie Qian,

M.D. and Ralph G. Marino, M.D. have no objection to the relief sought in this motion. GEICO has made attempts to confer with counsel for Russell Permaul, but he was unavailable.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order granting an extension of time to designate a mediator through 45 days prior to the date of the mediation.

Dated:  April 2, 2018

    Respectfully submitted,

*/s/ Lindsey R. Trowell*
Lindsey R. Trowell, Trial Counsel
Florida Bar No. 678783
John P. Marino, Esq.
Florida Bar No. 814539
Kristen W. Bracken
Florida Bar No. 92136
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street - Suite 2600
Jacksonville, Florida 32202
Telephone (904) 598-6125
Facsimile (904) 598-6225
jmarino@sgrlaw.com
ltrowell@sgrlaw.com
kbracken@sgrlaw.com

-and-

Barry I. Levy, Esq. (*pro hac vice pending*)
New York Bar No. 2462596
Max Gershenoff, Esq. (*pro hac vice pending*)
New York Bar No. 4475240
Christopher M. Casa, Esq. (*pro hac vice pending*)
New York Bar No. 5057153
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Telephone (516) 357-3000
Facsimile (516) 357-3333
barry.levy@rivkin.com
max.gershenoff@rivkin.com
christopher.casa@rivkin.com

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I certify that on April 2, 2018, the foregoing document is being served on the all counsel of record, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing through the CM/ECF system.

*/s/ Lindsey R. Trowell*
Attorney