# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### CASE NO.: 8:17-CV-02848-SCB-TGW

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY, and
GEICO CASUALTY CO.,

    Plaintiffs,

v.

PATH MEDICAL, LLC, PATH MEDICAL
CENTER HOLDINGS, INC., 1-800-411-PAIN
REFERRAL SERVICE, LLC, 1-800-411-I.P.
HOLDINGS, LLC, 411 PAIN ADVERTISING
GROUP, INC., ROBERT CASH LEWIN, D.C.,
HARLEY LEWIS, RUSSELL PERMAUL,
JOEL EARL MANION, D.C., LANDAU &
ASSOCIATES, P.A., THE LAW OFFICES OF
KANNER & PINTALUNGA, P.A., TODD
LANDAU, HOWARD KANNER, ERIC
PINTALUGA, MICHAEL H. WILENSKY,
M.D., DAVID A CHEESMAN, D.O., TIE
QIAN, M.D. and RALPH G. MARINO, M.D.,

    Defendants.
_____/

## THE K&P DEFENDANTS' NOTICE OF JOINDER IN THE LANDAU DEFENDANTS' MOTION TO EXTEND INTERIM DISCOVERY STAY

    Defendants, Howard Kanner, Eric Pintaluga, and The Law Offices of Kanner & Pintaluga, P.A. (collectively, the "K&P Defendants"), by and through undersigned counsel, hereby notifies the Court and all parties that they join in the requested relief sought in Defendants Todd Landau and Landau & Associates, P.A.'s (collectively, the "Landau Defendants") Motion to Extend

Interim Discovery Stay [D.E. 96], filed on May 25, 2018. The Landau Defendants' motion seeks to extend the interim stay of discovery that was entered by the Court on March 2, 2018.

The K&P Defendants filed their motion to dismiss the Plaintiffs' Complaint on January 29, 2018, along with a motion to stay discovery pending a ruling on their motion to dismiss [D.E. 61, 62]. On February 28, 2018, Plaintiffs propounded on the K&P Defendants a set of interrogatories and requests for production. On March 2, 2018, the Court entered an order staying discovery deadlines for sixty days, at which point the Court indicated that it would then consider the pending motion to stay discovery. [D.E. 79]. The K&P Defendants' responses to the discovery requests and interrogatories are currently due on May 29, 2018, but the K&P Defendants' motion for stay of discovery is still pending. Accordingly, the K&P Defendants join in the relief requested by the Landau Defendants in their motion to extend the interim discovery stay.

## Local Rule 3.01(g) Certificate

Pursuant to Local Rule 3.01(g), counsel for the K&P Defendants has conferred in good faith with counsel for Plaintiffs concerning the relief requested herein. Counsel for Plaintiffs does not agree to the relief requested in the Motion.

Dated: May 25, 2018

Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

By:  /s/ J. Raul Cosio

J. Raul Cosio
Florida Bar No. 503630
raul.cosio@hklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 25, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF SYSTEM, which will send electronic notification to all CM/ECF participants in this case.

By: /s/ *J. Raul Cosio*
J. Raul Cosio