IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Case No. 8:17-cv-02848-EAK/TGW**

GOVERNMENT EMPLOYEES
INSURANCE CO., *et al*.

      Plaintiffs,

vs.

PATH MEDICAL, LLC, *et al.*,

      Defendants.

_____/

**<u>NOTICE OF CHANGE OF LAW FIRM NAME AND CONTACT INFORMATION</u>**

TO THE CLERK:  PLEASE TAKE NOTICE that on August 1, 2018, the law firm, BROAD AND CASSEL LLP, combined with the firm, NELSON MULLINS RILEY & SCARBOROUGH, LLP.  In Florida, the firm is doing business as NELSON MULLINS BROAD AND CASSEL.[1] Counsel's contact information changed accordingly. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| GINGER BARRY BOYD | PETER R. GOLDMAN |
| NELSON MULLINS | CHRISTINA LEHM |
| BROAD AND CASSEL | NELSON MULLINS |
| SunTrust Bank Building | BROAD AND CASSEL |
| 215 South Monroe Street, Suite 400 | One Financial Plaza, Suite 2700 |
| Tallahassee, FL 32301 | 100 S.E. Third Avenue |
| Telephone:  850-681-6810 | Fort Lauderdale, Florida 33394 |
| ginger.boyd@nelsonmullins.com | Telephone: 954-764-7060 |
| | peter.goldman@nelsonmullins.com |
| | christina.lehm@nelsonmullins.com |

---

[1]    Counsel's information has been changed in CM/ECF to the extent possible through the online system. A copy of this Notice will be mailed to the Clerk to change the law firm name.

Dated:  August 10, 2018                              Respectfully submitted,

                                                     /s/  *Christina Lehm*
                                                    PETER R. GOLDMAN
                                                    Florida Bar No. 860565
                                                    CHRISTINA LEHM
                                                    Florida Bar No. 112596
                                                    NELSON MULLINS BROAD AND CASSEL
                                                    One Financial Plaza, Suite 2700
                                                    100 S.E. Third Avenue
                                                    Fort Lauderdale, Florida 33394
                                                    Telephone:   954-764-7060
                                                    peter.goldman@nelsonmullins.com
                                                    christina.lehm@nelsonmullins.com
                                                        and
                                                    GINGER BARRY BOYD, P.A.
                                                    Florida Bar No. 294550
                                                    NELSON MULLINS BROAD AND CASSEL
                                                    SunTrust Bank Building
                                                    215 South Monroe Street, Suite 400
                                                    Tallahassee, FL 32301
                                                    Telephone:  850-681-6810
                                                    ginger.boyd@nelsonmullins.com

                                                    *Counsel for Defendants*
                                                    Path Medical, LLC;
                                                    Path Medical Center Holdings, Inc.;
                                                    1-800-411-PAIN Referral Service, LLC;
                                                    1-800-411-I.P. Holdings, LLC;
                                                    411 Pain Advertising Group, Inc.;
                                                    Robert Cash Lewin, D.C.;
                                                    Harley Lewin; and
                                                    Joel Earl Manion, D.C.


## CERTIFICATE OF SERVICE

        I hereby certify that on the 10th day of August 2018, the foregoing document is

being served on all counsel of record or parties listed below, via transmission of Notices of

Electronic Filing generated by CM/ECF.


                                                    By:   /s/ *Christina Lehm*
                                                    CHRISTINA LEHM

                                                    2

GINGER BARRY BOYD
NELSON MULLINS BROAD AND CASSEL
SunTrust Bank Building
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
Telephone:  850-681-6810
ginger.boyd@nelsonmullins.com

*Counsel for Defendants*
Path Medical, LLC;
Path Medical Center Holdings, Inc.;
1-800-411-PAIN Referral Service, LLC;
1-800-411-I.P. Holdings, LLC;
411 Pain Advertising Group, Inc.;
Robert Cash Lewin, D.C.;
Harley Lewin; and
Joel Earl Manion, D.C.


Barry I. Levy (admitted pro hac vice)
Max Gershenoff (admitted pro hac vice)
Christopher Casa (admitted pro hac vice)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone (516) 357-3000
Facsimile (516) 357-3333
max.gershenoff@rivkin.com

Lindsey R. Trowell (FBN 678783)
John P. Marino (FBN 814539)
Kristen W. Bracken (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street
Suite 2600
Jacksonville, Florida 32202
Phone:  (904) 598-6100
Facsimile:  (904) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kbracken@sgrlaw.com

*Counsel for Plaintiffs*

PETER R. GOLDMAN
CHRISTINA LEHM
NELSON MULLINS BROAD AND CASSEL
One Financial Plaza, Suite 2700
100 S.E. Third Avenue
Fort Lauderdale, Florida 33394
Telephone: 954-764-7060
peter.goldman@nelsonmullins.com
christina.lehm@nelsonmullins.com

*Counsel for Defendants*
Path Medical, LLC;
Path Medical Center Holdings, Inc.;
1-800-411-PAIN Referral Service, LLC;
1-800-411-I.P. Holdings, LLC;
411 Pain Advertising Group, Inc.;
Robert Cash Lewin, D.C.;
Harley Lewin; and
Joel Earl Manion, D.C.


BRUCE ROSENBERG
Florida Bar Number 994782
H. ALEXIS ROSENBERG
Florida Bar Number 335400
ROSENBERG LAW, P.A.
2385 NW Executive Center Dr.,
Suite 100
Boca Raton, Florida 33431
Telephone: 941-373-6777
service@rosenbreglawpa.com
rosenberg@rosenberglawpa.com
arosenberg@rosenberglawpa.com

*Counsel for Defendants*
Path Medical, LLC;
Path Medical Center Holdings, Inc.;
1-800-411-PAIN Referral Service, LLC;
1-800-411-I.P. Holdings, LLC;
411 Pain Advertising Group, Inc.; and
Russel Permaul

3

John B.T. Murray, Jr.,
Florida Bar No. 962759
SQUIRE PATTON BOGGS (US) LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
jb.murray@squirepb.com
Telephone:  561.650.7200
Facsimile:  561.655.1509

*Attorneys for Defendant*
*Landau & Associates, P.A.*


Jude C. Cooper, Esq.
Florida Bar No. 366160
Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
jcooper@bplegal.com
ecuellar@bplegal.com
Telephone: (954) 987-7550
Facsimile: (954) 985-4176

*Counsel for Defendant,*
*Todd Landau.*


WILLIAM F. JUNG
Florida Bar Number 380040
JUNG & SISCO, P.A.
101 E. Kennedy Blvd., Suite 3920
Tampa, Florida 33602
Telephone: 813-225-1988
Facsimile: 813-225-1392
wjung@jungandsisco.com

*Counsel for Defendants*
Path Medical, LLC;
Path Medical Center Holdings, Inc.;
Michael H. Wilensky, M.D.;
David A. Cheesman, D.O.;
Tie Qian, M.D.; and
Ralph Marino, M.D.

Mahra Sarofsky, Esq.
Florida Bar No.  33637
SLUSHER & ROSENBLUM P.A.
324 Datura Street, Suite 324
West Palm Beach, FL  33401
Telephone:       (561) 814-2020
Facsimile:        (561) 557-4598
mcs@slusherandrosenblum.com


*Counsel for Defendants,*
*Howard Kanner and Eric Pintaluga*


J. Raul Cosio
Holland & Knight, LLP - Miami
P.O. Box 15441
701 Brickell Ave., Suite 3300
Miami, FL 33131
305/789-7705
305/789-7799 (fax)
raul.cosio@hklaw.com


*Counsel for Defendants,*
*Howard Kanner and Eric Pintaluga*
*The Law Offices of*
*Kanner & Pintaluga, P.A.*

4