**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO.,

    Plaintiffs,

v.

**Case No.: 8:17-cv-02848-EAK-TGW**

PATH MEDICAL, LLC, PATH MEDICAL CENTER HOLDINGS, INC., 1-800-411-PAIN REFERRAL SERVICE, LLC, 1-800-411-I.P. HOLDINGS, LLC, 411 PAIN ADVERTISING GROUP, INC., ROBERT CASH LEWIN, D.C., HARLEY LEWIN, RUSSELL PERMAUL, JOEL EARL MANION, D.C., LANDAU & ASSOCIATES, P.A., THE LAW OFFICES OF KANNER & PINTALUGA, P.A., TODD LANDAU, HOWARD KANNER, ERIC PINTALUGA, MICHAEL H. WILENSKY, M.D., DAVID A. CHEESMAN, D.O., TIE QIAN, M.D., and RALPH G. MARINO, M.D.,

    Defendants.
_____/

## SUPPLEMENTAL NOTICE REGARDING SETTLEMENT BETWEEN PLAINTIFFS AND CERTAIN DEFENDNANTS

Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs"), respectfully provide this supplemental notice pursuant to Local Rule 3.08.

1. Plaintiff's September 11, 2018 Notice of Settlement Between Plaintiffs and Certain Defendants (Doc. 105) (the "Settlement Notice") informed the Court that Plaintiffs

have reached an agreement in principle that will completely resolve this matter between Plaintiffs and the following Defendants: Path Medical, LLC, Path Medical Center Holdings, Inc., 1-800-411-Pain Referral Service, LLC, 1-800-411-I.P. Holdings, LLC, 411 Pain Advertising Group, Inc., Robert Cash Lewin, D.C., Harley Lewin, Russell Permaul, Joel Earl Manion, D.C., Michael H. Wilensky, M.D., David A. Cheesman, D.O., Tia Qian, M.D., and Ralph G. Marino, M.D. (the "Settling Defendants").

2. The Settlement Notice further informed the Court that Plaintiffs and the Settling Defendants were in the process of preparing, finalizing, and executing formal settlement documents, and will file a stipulation of dismissal with prejudice as to the claims between them upon finalizing and executing the formal settlement documents. At that time, Plaintiffs and the Settling Defendants had anticipated finalizing the settlement and filing the stipulation of dismissal with prejudice as to the claims between them within thirty days of filing the Settlement Notice.

3. GEICO and the Settling Defendants have continued to work diligently to finalize the settlement. However, due to Hurricane Michael and other unforeseen circumstances, GECIO and the Settling Defendnats have not yet finalized the settlement. GEICO and the Settling Defendants now anticipate finalizing the settlement and filing a stipulation of dismissal with prejudice as to the claims between them by October 26, 2018.

Respectfully submitted,

*/s/ John P. Marino*
Lindsey R. Trowell (FBN 678783)
John P. Marino (FBN 814539)
Kristen W. Bracken (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kbracken@sgrlaw.com

Barry I. Levy (admitted pro hac vice)
Max Gershenoff (admitted pro hac vice)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
barry.levy@rivkin.com
max.gershenoff@rivkin.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

*/s/ John P. Marino*
Attorney