**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO.,

    Plaintiffs,

v.

PATH MEDICAL, LLC, PATH MEDICAL CENTER HOLDINGS, INC., 1-800-411-PAIN REFERRAL SERVICE, LLC, 1-800-411-I.P. HOLDINGS, LLC, 411 PAIN ADVERTISING GROUP, INC., ROBERT CASH LEWIN, D.C., HARLEY LEWIN, RUSSELL PERMAUL, JOEL EARL MANION, D.C., LANDAU & ASSOCIATES, P.A., THE LAW OFFICES OF KANNER & PINTALUGA, P.A., TODD LANDAU, HOWARD KANNER, ERIC PINTALUGA, MICHAEL H. WILENSKY, M.D., DAVID A. CHEESMAN, D.O., TIE QIAN, M.D., and RALPH G. MARINO, M.D.,

    Defendants.
_____/

**Case No.: 8:17-cv-02848-EAK-TGW**

## NOTICE OF DISMISSAL WITH PREJUDICE OF CERTAIN DEFENDANTS

**PLEASE TAKE NOTICE** that all claims asserted herein by Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. against Defendants Path Medical, LLC, Path Medical Center Holdings, Inc., 1-800-411-PAIN Referral Service, LLC, 1-800-411-I.P. Holdings, LLC, 411 PAIN Advertising Group, Inc., Robert Cash Lewin, D.C., Harley Lewin, Russell Permaul, Joel Earl

2

Manion, D.C., Michael H. Wilensky, M.D., David A. Cheesman, D.O., Tie Qian, M.D., and Ralph G. Marino, M.D. are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

        Respectfully submitted,

        */s/ Max Gershenoff*
        Barry I. Levy (admitted pro hac vice)
        Max Gershenoff (admitted pro hac vice)
        RIVKIN RADLER LLP
        926 RXR Plaza
        Uniondale, New York 11550
        Phone: (516) 357-3000
        Facsimile: (516) 357-3333
        barry.levy@rivkin.com
        max.gershenoff@rivkin.com

        Lindsey R. Trowell (FBN 678783)
        John P. Marino (FBN 814539)
        Kristen W. Bracken (FBN 92136)
        SMITH, GAMBRELL & RUSSELL, LLP
        50 North Laura Street, Suite 2600
        Jacksonville, Florida 32202
        Phone: (904) 598-6100
        Facsimile: (904) 598-6204
        ltrowell@sgrlaw.com
        jmarino@sgrlaw.com
        kbracken@sgrlaw.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

*/s/ John P. Marino*
Attorney
