UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO.,

    Plaintiffs,

v.

PATH MEDICAL, LLC, PATH MEDICAL CENTER HOLDINGS, INC., 1-800-411-PAIN REFERRAL SERVICE, LLC, 1-800-411-I.P. HOLDINGS, LLC, 411 PAIN ADVERTISING GROUP, INC., ROBERT CASH LEWIN, D.C., HARLEY LEWIN, RUSSELL PERMAUL, JOEL EARL MANION, D.C., LANDAU & ASSOCIATES, P.A., THE LAW OFFICES OF KANNER & PINTALUGA, P.A., TODD LANDAU, HOWARD KANNER, ERIC PINTALUGA, MICHAEL H. WILENSKY, M.D., DAVID A. CHEESMAN, D.O., TIE QIAN, M.D., and RALPH G. MARINO, M.D.,

    Defendants.

_____/

Case No.: 8:17-cv-02848-EAK-TGW

**NOTICE OF SETTLEMENT BETWEEN
PLAINTIFFS AND REMAINING DEFENDANTS**

Pursuant to Local Rule 3.08, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs"), inform the Court that they have reached an agreement in principle that will completely resolve this matter between Plaintiffs and all of the remaining Defendants in this case: Todd Landau; Landau & Associates, P.A.; The Law Offices of

Kanner & Pintaluga, P.A.; Howard Kanner; and Eric Pentaluga (the "Remaining Defendants").

Plaintiffs and the Remaining Defendants are presently preparing, finalizing, and executing formal settlement documents, and will file a stipulation of dismissal with prejudice as to all claims between them upon finalizing and executing the formal settlement documents. Plaintiffs and the Remaining Defendants anticipate finalizing the settlement and filing the stipulation of dismissal with prejudice as to all claims between them within thirty days.

Respectfully submitted,

/s/ Barry I. Levy
Barry I. Levy (admitted pro hac vice)
Max Gershenoff (admitted pro hac vice)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
barry.levy@rivkin.com
max.gershenoff@rivkin.com

Lindsey R. Trowell (FBN 678783)
John P. Marino (FBN 814539)
Kristen L. Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kwenger@sgrlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that on April 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

                                      *John P. Marino*
                                      Attorney