# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO.,

    Plaintiffs,

v.

PATH MEDICAL, LLC, PATH MEDICAL CENTER HOLDINGS, INC., 1-800-411-PAIN REFERRAL SERVICE, LLC, 1-800-411-I.P. HOLDINGS, LLC, 411 PAIN ADVERTISING GROUP, INC., ROBERT CASH LEWIN, D.C., HARLEY LEWIN, RUSSELL PERMAUL, JOEL EARL MANION, D.C., LANDAU & ASSOCIATES, P.A., THE LAW OFFICES OF KANNER & PINTALUGA, P.A., TODD LANDAU, HOWARD KANNER, ERIC PINTALUGA, MICHAEL H. WILENSKY, M.D., DAVID A. CHEESMAN, D.O., TIE QIAN, M.D., and RALPH G. MARINO, M.D.,

    Defendants.

_____/

**Case No.: 8:17-cv-02848-EAK-TGW**

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that all claims asserted herein by Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO Genreal Insurance Company, and GEICO Casualty Co. against Defendants Todd Landau, Howard Kanner, Eric Pintaluga, Landau & Associates, P.A. and The Law Offices of Kanner & Pintaluga, P.A. are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

Respectfully submitted,

*/s/ John P. Marino*
Lindsey R. Trowell (FBN 678783)
John P. Marino (FBN 814539)
Kristen L. Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kwenger@sgrlaw.com

Barry I. Levy (admitted pro hac vice)
Max Gershenoff (admitted pro hac vice)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
barry.levy@rivkin.com
max.gershenoff@rivkin.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

*John P. Marino*
Attorney